**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 203 EAL 2022

         Respondent                  :

                                       :   Petition for Allowance of Appeal

           v.                           :   from the Order of the Superior Court

                                         :

COREY GAYNOR,                      :

         Petitioner                    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.